942

The TRAVELERS INSURANCE COMPANY, HARTFORD, CONNECTICUT, Appellant, v. Margaret McLellan MILLER.

No. 11729.

Circuit Court of Appeals, Eighth Circuit.

July 30, 1940.

Hoke, Cobb & Janes, of Minneapolis, Minn., for appellant.

George D. McClintock, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court · dismissed without taxation of costs in favor of either of the parties in this Court, per stipulation.

UNITED STATES of America, Appellant, v. Manly DILLARD, Appellee.

No. 4559.

Circuit Court of Appeals, Fourth Circuit.

Oct. 2, 1940.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., for appellant.

No appearance for appellee.

PER CURIAM.

Case docketed and dismissed on motion of appellant. Order filed.

UNITED STATES of America v. Alfred A. DRUMMOND et al.

No. 2165.

Circuit Court of Appeals, Tenth Circuit.

July 24, 1940.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Sam Clammer, of Tulsa, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

UNITED STATES of America, Appellant, v. 896 CASES, More or Less, Each Containing 48 Cans of an Article Labeled in part "Tidewater Genuine Fresh River Herring Roe", etc., Appellees.

No. 4629.

Circuit Court of Appeals, Fourth Circuit.

April 1, 1940.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., for appellant.

James W. Gordon, of Richmond, Va., for appellees.

Case docketed on notice of appeal and entered dismissed under Rule 23 in accordance with agreement of counsel.